# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-11169

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RODNEY DEWAYNE WOMACK,

Defendant - Appellant

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2015

Lyle W. Cayce
Clerk

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CR-90

Before REAVLEY, JONES, and ELROD, Circuit Judges.

PER CURIAM:*

The judgment of the district court is AFFIRMED. The defendant waived his right to appeal except for the right to appeal the voluntariness of his guilty plea, ineffectiveness of counsel, or a sentencing error or exceeding the statutory maximum punishment. Of those exceptions from the right to appeal, defendant appeals to this court only the voluntariness of his appeal. The plea agreement and defendant's assurance to the court displays no confusion and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-11169

established his knowledge of his rights and that he fully understood his waiver. He is now held to his agreement. *See United States v. McKinney*, 406 F.3d 744 (5th Cir. 2005); *United States v. Portillo*, 18 F.3d 290 (5th Cir. 1994).

AFFIRMED.